### 5220.   COOPER v. THE STATE.

HILL, C. J.   1. That an accusation charging the accused with a criminal offense is not based upon a valid affidavit, in that the affidavit was not properly attested by the magistrate before whom it was alleged to have been made, is matter for demurrer or motion to quash.   Objection to such an affidavit is not a proper ground to be incorporated in a motion for a new trial, and comes too late, after verdict.

2. The verdict is supported by evidence.          *Judgment affirmed.*
                    DECIDED OCTOBER 28, 1913.

Accusation of pointing gun at another; from city court of Jackson—Judge Fletcher.   September 3, 1913.

*J. T. Moore,* for plaintiff in error.

*C. L. Redman, solicitor,* contra.

---

### 5222.   GREER v. THE STATE.

POTTLE, J.   Upon the trial of one for selling intoxicating liquor, testimony that the person to whom the liquor is alleged to have been sold went to the home of the accused and got a pint of whisky "from him and his wife," and thereupon laid seventy-five cents on the table in the room and went away, is sufficient to authorize a conviction.
                                          *Judgment affirmed.*
                    DECIDED OCTOBER 28, 1913.

Accusation of sale of liquor; from city court of Jackson—Judge Fletcher.   September 3, 1913.

*J. T. Moore,* for plaintiff in error.

*C. L. Redman, solicitor,* contra.